UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRINNING MITTEN LLC
d/b/a Railtown Brewing Company,

    Plaintiff,

v.

BYRON STATION, LLC
d/b/a Railbird Taphouse and Brewery,

    Defendant.

_____/

Case No. 1:18-cv-958

HON. JANET T. NEFF

**ORDER**

Counsel of record having appeared for the November 20, 2018 scheduling conference, and for the reasons set forth during the conference:

**IT IS HEREBY ORDERED** that the Rule 16 scheduling conference is ADJOURNED without date.

**IT IS FURTHER ORDERED** that this matter shall be submitted to facilitative mediation. The parties have seven (7) days from the date of this Order to jointly choose one mediator. Plaintiff is responsible for notifying the ADR Administrator[1] of the name of the selected mediator. If the parties are unable to jointly select a mediator, they must notify the ADR Administrator, who will select a mediator for them. Once the mediator is selected, a Notice will issue regarding the method and schedule for the mediation conference.

---

[1] ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov.

**IT IS FURTHER ORDERED** that the parties shall participate in facilitative mediation no later than **January 31, 2019**.

**IT IS FURTHER ORDERED** that the parties shall, no later than <u>fourteen (14) days</u> from the date of mediation, file a joint notice indicating that the parties:

(1) have reached a resolution of this case and dismissal papers are forthcoming;

(2) are continuing to negotiate a resolution and request more time to do so, including a detailed explanation of the efforts made thus far, what remains to be done to complete the process, and the additional time necessary; or

(3) were unable to reach a resolution of this case, and a scheduling conference is necessary.


Dated: November 20, 2018                             /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge