UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRINNING MITTEN LLC
d/b/a Railtown Brewing Company,

     Plaintiff,

                                    Case No. 1:18-cv-958

v.

                                    HON. JANET T. NEFF

BYRON STATION, LLC
d/b/a Railbird Taphouse and Brewery,

     Defendant.

_____/

## ORDER

     This Court having been informed through Plaintiff's counsel of the parties' agreement to settle this matter:

     **IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than February 6, 2019.

Dated:  January 23, 2019                  /s/ Janet T. Neff
                                        JANET T. NEFF
                                        United States District Judge