UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GRINNING MITTEN, LLC d/b/a<br>RAILTOWN BREWING COMPANY,<br>a Michigan limited liability company,<br><br>    Plaintiff,<br><br>v<br><br>BYRON STATION, LLC d/b/a<br>RAILBIRD TAPHOUSE AND BREWERY<br>a Michigan limited liability company,<br><br>    Defendant, | Case No. 1:18-cv-958<br><br>Hon. Janet T. Neff |

| | |
|---|---|
| Joseph M. Infante (P68719)<br>Kimberly A. Berger (P56165)<br>Miller, Canfield, Paddock and Stone, PLC<br>Attorneys for Plaintiff<br>99 Monroe Ave.<br>Suite 1200<br>Grand Rapids, MI 49503<br>(616) 776-6333<br>infante@millercanfield.com | Joel Baar (P56796)<br>Baar & Lichterman, PLLC<br>Attorneys for Defendant<br>3140 Division Ave. SW<br>Suite A<br>Grandville, MI 49418<br>(616) 965-2221<br>joel@baarlegal.com |

## **STIPULATION AND ORDER OF DISMISSAL**

NOW COME the Parties, by and through counsel, and hereby stipulate to the dismissal of this case in its entirety with prejudice and without costs or attorneys' fees to either party.

This order resolves the last pending claim and closes the case.

_____
Hon. Janet T. Neff
United States District Court Judge

Approved as to form and content:

Dated: February 1, 2019         */s/ Joseph M. Infante*
                                Joseph M. Infante (P68719)
                                Attorneys for Plaintiff

Dated: February 1, 2019         /s/ Joel Baar   (w/ permission)
                                Joel Baar (P56796)
                                Attorneys for Defendant

32904870.1\156870-00001